UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GROVER SWEETING,

              Plaintiff,

        -v-                         12-CV-917
                                      (DNH/CFH)
CAROLYN W. COLVIN,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

OLINSKY LAW GROUP                  HOWARD D. OLINSKY, ESQ.
Attorneys for Plaintiff                    MICHAEL J. TELFER, ESQ.
300 S. State Street
5th Floor, Suite 520
Syracuse, NY 13202

OFFICE OF GENERAL COUNSEL       TOMASINA DiGRIGOLI, ESQ.
Social Security Administration
Region II
Attorneys for Defendant
26 Federal Plaza, Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff Grover Sweeting filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying his application for benefits under the Social Security Act. By Report-Recommendation dated August 6, 2013, the Honorable Christian F. Hummel, United States Magistrate Judge, recommended that the Commissioner's decision be affirmed. Plaintiff filed timely objections to the Report-Recommendation.

Based upon a de novo determination of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Accordingly, it is

ORDERED that

1. The Commissioner's decision is AFFIRMED; and

2. Plaintiff's complaint is DISMISSED in its entirety.

The Clerk is directed to file a judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: October 15, 2013
      Utica, New York.